BRYAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. RApp. P.; Galaxy Cable, Inc. v. Davis, 58 So.3d 93, 99 (Ala.2010); Reynolds v. Colonial Bank, 874 So.2d 497, 503 (Ala.2003); Clemons v. State, 29 So.3d 181, 185 (Ala. Civ.App.2009); and ArvinMeritor, Inc. v. Handley, 12 So.3d 669, 693 (Ala.Civ.App. 2007).
This case was transferred to this court by the supreme court, pursuant to § 12-2-7(6), Ala. Code 1975.
The appellant’s “motion for a default judgment” is denied.
THOMPSON, P.J., and PITTMAN and THOMAS, JJ., concur.
MOORE, J., concurs specially.